**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO CHUZON HERNA, | No. 1:25-cv-01919-JLT-SAB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | (Docs. 1, 13) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 30, 2026,[1] the magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be granted on Count I for the reasons set forth in the order granting preliminary injunction. (Doc. 13.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.*) The Court further warned the parties "that failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 2, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) To date, no objections have been filed, and the time for doing so has passed.

/////

---

[1] The findings and recommendations were signed on June 29, 2026, but not docketed until June 30, 2026.

1

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on June 30, 2026 (Doc. 13) are **ADOPTED IN FULL**.

2. The petition for writ of habeas corpus is **GRANTED** on Count I.

3. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:  _August 5, 2026_

_____
UNITED STATES DISTRICT JUDGE

2